> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 30, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATOIN | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Susan Ulmer – Case No. 1:18-cv-00189

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.,* 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: 10/16/25

| | |
|---|---|
| /s/ *Clifford A. Rieders* | /s/ *Andrea Roberts Pierson* |
| Clifford A. Rieders, Esquire | Andrea Roberts Pierson |
| Rieders Travis Dohrmann | Faegre Drinker Biddle & Reath LLP |
| Mowrey Humphrey & Waters | 300 North Meridian Street, Suite 2500 |
| 161 West Third Street | Indianapolis, Indiana 46204 |
| Williamsport, PA 17701 | Telephone: (317) 237-0300 |
| Telephone: (570) 323-8711 | Facsimile: (317) 237-1000 |
| Facsimile: (570) 323-4192 | Email: andrea.pierson@faegredrinker.com |
| Email: crieders@riederstravis.com | |
| **Attorney for Plaintiff** | **Attorney for Defendants** |